UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR08-264MJP |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ADAM MACDONALD OSBOURNE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:

Conspiracy to export and distribute more than 5 kilograms of cocaine.

Date of Detention Hearing: August 13, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     Defendant has been charged by indictment with conspiracy to export and distribute more than 5 kilograms of cocaine.

(2)     Defendant's drug trafficking activities are extensive, involve large quantities of drugs and involve both domestic and international transactions.

DETENTION ORDER -1

1    (3)    Defendant is a dual citizen of Canada and the United States.  He has recently

2    traveled internationally in connection with his alleged drug trafficking activities.

3    It is therefore ORDERED:

4    (1)    Defendant shall be detained pending trial and committed to the custody of the

5    Attorney General for confinement in a correctional facility separate, to the extent practicable,

6    from persons awaiting or serving sentences, or being held in custody pending appeal;

7    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

8    counsel;

9    (3)    On order of a court of the United States or on request of an attorney for the

10    Government, the person in charge of the correctional facility in which Defendant is confined shall

11    deliver the defendant to a United States Marshal for the purpose of an appearance in connection

12    with a court proceeding; and

13    (4)    The clerk shall direct copies of this order to counsel for the United States, to counsel

14    for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

15    DATED this 13th day of August, 2008.

16

17    _____
     BRIAN A. TSUCHIDA

18    United States Magistrate Judge

19

20

21

22

23

DETENTION ORDER -2